ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: victor.rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$21,616.00 IN U.S.<br>CURRENCY,<br><br>        Defendant.<br><br>STACY ANN SCOTT ALAN,<br><br>        Claimant. | No. CV 10-5814-SJO(AGRx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

On or about August 5, 2010, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a Complaint for Forfeiture alleging that the defendant $21,616.00 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

1    Claimant Stacy Ann Scott Alan filed a claim to the defendant
2 currency on or about October 4, 2010 and an answer to the Complaint
3 on or about June 27, 2011.  Potential claimant Corey O'Connor on
4 September 6, 2011 filed a stipulation between the parties and order
5 thereon to allow potential claimant Corey O'Connor to file a claim
6 and answer in this action.  Claimant Stacy Ann Scott Alan and
7 potential claimant Corey O'Connor are referred to herein
8 collectively as "claimants."  No other parties have appeared in
9 this case and the time for filing claims and answers has expired.
10   The government and claimants have now agreed to settle this
11 action and to avoid further litigation by entering into this
12 Consent Judgment of Forfeiture.
13   The Court, having been duly advised of and having considered
14 the matter, and based upon the mutual consent of the parties
15 hereto,
16   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
17   1.   This Court has jurisdiction over the subject matter of
18 this action and the parties to this Consent Judgment of Forfeiture.
19   2.   The Complaint for Forfeiture states a claim for relief
20 pursuant to 21 U.S.C. § 881(a)(6).
21   3.   Notice of this action has been given as required by law.
22 Corey O'Connor is relieved of his duty to file a claim and answer
23 in this case.  No appearances have been made in the litigation by
24 any person other than claimants.  The Court deems that all other
25 potential claimants admit the allegations of the Complaint for
26 Forfeiture to be true.
27   4.   The sum of $12,500.00 only (without interest), less any
28 debts or other amounts owed by claimant Stacy Ann Scott Alan which

2

the United States of America is entitled to offset pursuant to 31 U.S.C. § 3716,[1] shall be returned to claimants. The remainder of the defendant currency (<u>i.e.</u>, $9,116.00), plus the interest earned by the United States of America on the defendant currency shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5. The funds to be returned to claimant Stacy Ann Scott Alan pursuant to paragraph 4 above shall be paid to claimant Stacy Ann Scott Alan by electronic transfer directly into the client trust account of Kelechi Charles Emeziem, Esq., attorney of record for claimants in this case. Claimants (through their attorney of record Kelechi Charles Emeziem, Esq.) shall provide all information and complete all documents requested by the United States of America in order for the United States of America to complete the transfer and determine the government's right to any offset pursuant to 31 U.S.C. § 3716 including, without limitation, providing claimant Stacy Ann Scott Alan's social security and taxpayer identification numbers, and the identity of the bank, the bank's address and the account name, account number, account type and wire transfer routing number for the Kelechi Charles Emeziem client trust account to which the transfer of funds is to be made.

6. Claimants, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement

---

[1] 31 U.S.C. § 3716, the Debt Collection Improvement Act of 1996 requires the United States of America to offset from its payments delinquent non-tax debts owed to the United States of America and delinquent debts owed to States, including past-due child support enforced by States.

3

Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimants, or either of them.

7. The parties hereto shall bear their own attorney fees and costs.

DATED: September 28, 2011

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above judgment and waive any right of appeal.

DATED: September 22, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: September 22, 2011

EMEZIEM & OGBU, LLP


/s/ Kelechi Charles Emeziem
KELECHI CHARLES EMEZIEM

Attorney for Claimant and Potential Claimant
STACY ANN SCOTT ALAN and COREY O'CONNOR